GLENN MOZELESKI *v.* FRANK THOMAS, JR., ET AL.

*Jeffrey D. Cedarfield*, in support of the petition.

*Timothy S. Jajliardo, Peter J. Ponziani, Andrew J. O'Keefe* and *Joseph M. Busher, Jr.*, in opposition.

Decided May 28, 2003

JOSEPH E. CELENTANO ET AL. *v.*
IRA B. GRUDBERG ET AL.

PALMER, J., did not participate in the consideration or decision of this petition.

*John R. Williams*, in support of the petition.

*Ira B. Grudberg, Trisha Morris Porto* and *David A. Leff*, in opposition.

Decided May 28, 2003

VANCE JOHNSON *v.* COMMISSIONER OF
CORRECTION

*Joseph Visone*, special public defender, in support of the petition.